UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PROSPERO FELIX ZEPEDA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CV 12-05952-VBF<br><br>JUDGMENT |

In accordance with this Court's Minute Order issued today (denying petitioner's 28 U.S.C. § 2255 motion for habeas corpus relief), final judgment is hereby entered in favor of the respondent and against the petitioner.

IT IS SO ORDERED.

DATED: February 15, 2013

_____
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE